```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/5/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMSTONE GROUP, LLC,

                Plaintiff,

-against-

KASA LIVING, INC.,

                Defendant.

20 Civ. 6567 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' letters dated October 30, 2020, and November 3, 2020, ECF Nos. 22, 23, the Court ORDERS that:

1. By **December 9, 2020**, Defendant shall file their motion to dismiss;
2. By **December 29, 2020**, Plaintiff shall file their opposition papers; and
3. By **January 12, 2021**, Defendant shall file their reply, if any.

SO ORDERED.

Dated: November 5, 2020
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge