**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

GEMSTONE GROUP, LLC,

                             **Plaintiff,**

           **-against-**

KASA LIVING, INC.,

                            **Defendant.**

------------------------------------------------------------------X

**20-CV-06567 (AT)(SN)**

**SETTLEMENT CONFERENCE**
**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 11/12/2020

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Tuesday, January 12, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, January 5, 2021.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 12, 2020
              New York, New York